| GLENN S. STITT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMY K. ZANDER, et al. | : | NO. 13-4552 |

| GLENN S. STITT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEYERS, et al. | : | NO. 13-4553 |

O R D E R

AND NOW, this 27th day of September, 2013, having considered plaintiff Glenn S. Stitt's motion to proceed in forma pauperis it is hereby ORDERED that:

1. Leave to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to proceed with Stitt v. Zander, Civ. A. No. 13-4552, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court.

3. If he seeks to proceed with Stitt v. Meyers, Civ. A. No. 13-4553, plaintiff must remit $395 to the Clerk of Court, as he has already paid $5 toward the filing fee.

4. The Clerk of Court shall mark the above-captioned cases CLOSED for statistical purposes.

BY THE COURT:

_____
JAMES KNOLL GARDNER, J.